The South Carolina Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Matthew Brown,       
Appellant.
 
 
 

Appeal From Dorchester County
Luke N. Brown, Jr., Circuit Court Judge

Opinion No.  2003-UP-179
Submitted January 10, 2003  Filed March 
 4, 2003

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, of Columbia; 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Walter M. Bailey, Jr., of Summerville; for Respondent.
 
 
 

 PER CURIAM:  Matthew Brown (Appellant) 
 was convicted of one count of criminal sexual conduct (CSC) and three counts 
 of intimidating a witness.  Appellant was sentenced to ten years in prison for 
 each count of intimidating a witness, and a consecutive thirty years for the 
 CSC charge.  On appeal, counsel for Appellant has filed a final brief along 
 with a petition to be relieved as counsel.  Appellant has filed a pro 
 se response.      After a thorough review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition 
 to be relieved.           
APPEAL DISMISSED. [1] 
HEARN, C.J., GOOLSBY and SHULER, JJ., concur.

 
 [1]   We decide this case without oral argument pursuant 
 to Rule 215, SCACR.